UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME TALLEY,

              Plaintiff,

   v.

LONNY R SUKO, ROBERT J BRYAN, MARSHA J PECHMAN,

              Defendants.

CASE NO. 3:15-CV-05619-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: OCTOBER 30, 2015

     The District Court has referred this 42 U.S.C. §1983 civil rights action to the undersigned Magistrate Judge. The Court's authority for the referral is 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

     Plaintiff Jerome Talley, a pretrial detainee being held at Kitsap County Jail, filed an application to proceed *in forma pauperis* (IFP) in this civil rights action on September 10, 2015. Dkt. 5. Plaintiff has over ten §1983 cases currently pending before this Court. On September 24, 2015, Senior District Judge Lonny R. Suko entered an order denying plaintiff's application to proceed IFP in *Talley v. Sias, et al.*, 3:15-cv-5501-LRS (W.D. Wash.) because plaintiff incurred

REPORT AND RECOMMENDATION- 1

1  at least three "strikes" prior to initiating the lawsuit.  Judge Suko also denied the applications to

2  proceed IFP in *Talley v. Congalton, et al.*, 3:15-cv-5534-LRS (W.D. Wash.) and *Talley v.*

3  *Creatura*, 3:15-cv-5585-LRS (W.D. Wash.) because plaintiff has incurred at least three "strikes."

4      Concurring with Judge Suko, this Court finds that plaintiff incurred the following

5  "strikes" prior to filing this lawsuit: *Talley v. Holevinski* (E.D. Wash. Case No. 02:99-cv-5036);

6  *Talley v. Bailey, et al.* (W.D. Wash. Case No. 2:08-cv-00677-TSZ); *Talley v. Bailey, et al. (II)*

7  (W.D. Wash. Case No. 2:08-cv-00752-RSM); and *Talley v. Rogers* (W.D. Wash. Case No. 2:08-

8  cv-01761-TSZ).  *See also Talley v. Sias, et al.*, (W.D. Wash. Case No. 3:15-cv-5501-LRS).  This

9  court may take notice of judicial proceedings in another court.  *See U.S. ex rel. Robinson*

10 *Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

11                                     DISCUSSION

12     Because plaintiff has incurred at least three strikes, he may not proceed IFP unless he can

13 show he is "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  The

14 imminent danger exception requires a prisoner allege a danger which is "ready to take place" or

15 "hanging threateningly over one's head."  *Andrews v. Cervantes*, 493 F.3d 1047, 1056 (9th Cir.

16 2007).  In this case, plaintiff sues Senior District Judge Suko, Senior District Judge Bryan, and

17 Chief District Judge Pechman, alleging that in cases *Talley v. Department of Corrections,* (W.D.

18 Wash. Case No. 2:15-cv-00549) and *Talley v. Dalton et al.,* (W.D. Wash. Case No. 3:15-cv-

19 05452), defendants "violated, denied and deprived … because [now] there is not no cause for

20 plaintiff being held 'in custody' because there is no Judgment of a court of general competent

21 jurisdiction over the subject that would authorize plaintiff's detention, confinement or

22 imprisonment … . Plaintiff claims … evidence and proof of false imprisonment … ."  Dkt. 1 at

23 3-4.

24

1   Plaintiff does not allege danger of any physical injury, much less an imminent serious
2   physical danger which is "ready to take place" or "hanging threateningly over [his] head."
3   *Cervantes*, 493 F.3d at 1056. Therefore, this Court concludes that plaintiff is not in imminent
4   danger in this case, and therefore, plaintiff is subject to the three-strikes rule, and should not
5   proceed *in forma pauperis*.

**CONCLUSION**

7   The Court recommends plaintiff's motion to proceed IFP (Dkt. 5) be denied. The Court
8   further recommends plaintiff be ordered to pay the $400.00 filing fee within thirty days of the
9   District Court's order and, if the fee is not paid, dismiss this case without prejudice.
10  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
11  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
12  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
13  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
14  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **October**
15  **30, 2015,** as noted in the caption.
16  Dated this 6th day of October, 2015.

J. Richard Creatura
United States Magistrate Judge