HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME TALLEY,

    Plaintiff,

v.

LONNY R SUKO, *et al.*,

    Defendants.

CASE NO. C15-5619 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS FOR JUDGMENT

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura [Dkt. #6].  Plaintiff Talley has moved for a "final" judgment [Dkt. #7] and a "default" judgment [Dkt. #8].

(1) The Report and Recommendation is ADOPTED

(2) Plaintiff's application to proceed *in forma pauperis* [Dkt. #5] is **DENIED.**

Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order, or the case will be dismissed.

(3) Talley's Motions for Judgment [Dkt. #s 7 & 8] are **DENIED**.

ORDER

1    (4) The Clerk shall send copies of this Order to Plaintiff.

3    IT IS SO ORDERED.

4    Dated this 3rd day of November, 2015.

*/s/ Ronald B. Leighton*

Ronald B. Leighton
United States District Judge

ORDER